

1  MARVIN McELROY, C 73869
   AVENAL SP
2  PO BOX 8
   AVENAL, CA 93204
3

4  E-filing

5

6

7                              CV **08** _____ **2936** *VRW*

8  MARVIN McELROY,           Case No _____
          Plaintiff.
9                            MOTION FOR APPOINTMENT
                             COUNSEL         *(PR)*
10     v.

11  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND REHABILITATION, et al.;
12  W. GUASEWITZ, DIRECTOR OF CORRECTIONS

13  AVENAL STATE PRISON, et al.,
    JAMES D. HARTLEY, WARDEN,
14          Defendant(s)

15  PURSUANT TO 28 USC § 1915(e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING

16  COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION PLAINTIFF

17  STATES:

18  1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN

19  FORMA PAUPERIS.

20  2. PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. PLAINTIFF

21  IS IN ADMINISTRATIVE SEGREGATION AND IT TAKES WEEKS TO GET BOOK. THE ISSUES

22  IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION.

23  PLAINTIFF READS AT A GRADE LEVEL OF 4, PSYCHOLOGICAL CONDITIONS THAT IMPAIR HIS
                                                      HE HAS
24  ABILITY TO LEARN AND NO KNOWLEDGE OF THE LAW.

25  3. THIS MOTION, COMPLAINT AND OTHER DOCUMENTS WAS PREPARED BY HIS CELL-MATE

26  WHO CAN BE TRANSFERED AT ANY TIME, EITHER BACK TO THE YARD OR OTHER INSTITUTION.

27  4. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL

28  WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

1  WHEREFORE, PLAINTIFFS REQUEST THAT THE COURT APPOINT CHARLES CARBONE, ESQ.

2  A MEMBER OF THE CALIFORNIA BAR, AS COUNSEL IN THIS CASE.

3

4  DATE: MAY 29, 2008

5

6  *Marvin McElroy*

7  MARVIN McELROY

8  AVENAL SP
   PO BOX 8
9  AVENAL, CA 93204

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARVIN MCELROY C73869
AVENAL SP
PO BOX 8
Avenal, Ca.    93204

1  NOTICE OF RESIGNATION

2  CIVIL ACTION NO. _____

3                    JUNE 5, E-filing

4

5  TO WHOM IT MAY CONCERN.                              VRW

6                    CV 08      2936

7  GREETINGS ALL,                                       (PR)

8      I, CHARLES WALTON, THE WRITER OF THE HEREINCLOSED CIVIL COMPLAINT,

9  WISH TO INFORM THE READER, THAT I AM NO LONGER ABLE TO ASSIST

10 MR MCELROY IN THIS LEGAL MATTER; NOR IN THE PREPARATION OF

11 DOCUMENTS, THAT WILL BE REQUIRED TO CONTINUE IN THIS CASE.

12     SO, I PART WITH GREAT REGRET. IN THAT I CAN NOT CLOSE

13 THIS SUIT WITH /FOR MR MCELROY; FOR HE HAS STOOD THE TEST OF

14 TIME, AND IS AN EXAMPLE TO BE FOLLOWED.

15     HE IS CORRECTED. HE IS REHABILITATED; AND CONTRARY TO THE

16 CONDITION (ING) OF HIS CONFINEMENT. [T]HE RECORD SPEAKS FOR

17 ITSELF.

18     THERE ARE SEVERAL FACTORS, MENTIONED IN THE ATTACHED

19 COMPLAINT, THAT IMPEDES HIS ABILITY TO FREELY EXCERCISE HIS

20 RIGHT TO REDRESS HIS GRIEVANCES BEFORE THIS COURT.

21     IT IS HOPED THAT WHOM EVER READS THIS NOTICE, BE

22 COMPELLED TO ADVOCATE ON IHS BEHALF. ANSWER HIS PRAYER FOR

23 RELIEF TO THE TRIER OF FACT IN THIS MATTER, MY PRAYER IS

24 THAT YOU GRANT THE REQUESTED, AS WELL AS, APPOINT COUNSEL TO

25 ASSIST MR MCELROY VINDICATE HIS RIGHT AND END HIS SUFFERING.

26 ALL WHO HAVE QUESTIONS AS TO STEPS ALREADY TAKEN OR ABOUT THE

27 DOCUMENT(S) THAT HAVE BEEN FILED, FOR INQUIRIES TO WRITE TO:

28

                                    1 of 2

CHARLES WALTON, F48589
AVENAL STATE PRISON
PO BOX 8
AVENAL, CA 93204

SINCERELY YOURS

THE WRITER        CHARLES WALTON

OTHER CONTACTS: M°ELROY ASSOCIATES
                643 17TH St.
                OAKLAND, CA.
                Attn: P. M°ELROY
            FAX·(510) 238-9316

SUMMUM BONUM

NOTICE OF RESIGNATION    6/5/08    2 of 2